UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| COMPONENT MANUFACTURING CORP., *Plaintiff,* vs. RECTORSEAL, LLC, *Defendant.* | Civil Action No. 4:25-CV-4954  **JURY TRIAL DEMANDED** |

**ORIGINAL COMPLAINT FOR DESIGN PATENT INFRINGEMENT**

Plaintiff Component Manufacturing Corporation ("CMC") respectfully files this Original Complaint for Design Patent Infringement against Defendant RectorSeal, LLC ("RectorSeal"). In support, CMC shows as follows:

## I.   THE PARTIES

1. Plaintiff CMC is a Texas for-profit corporation with its principal place of business located at 3565 S. Loop 336 East, Conroe, TX 77301.

2. Defendant RectorSeal is a Delaware for-profit corporation with its principal place of business located at 2601 Spendwick Drive, Houston, TX 77055. Rectorseal may be served through its registered agent: Universal Registered Agents, Inc., 7533 County Road 1127, Godley, TX 76044.

## II.   NATURE OF THE ACTION

3. This is action at law and in equity for design patent infringement under the Patent Act, 35 U.S.C. § 101, *et seq.*

4. This action arises because of RectorSeal's willful and unauthorized copying of CMC's design patent.

### III.   JURISDICTION AND VENUE

5. This Court has exclusive subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331 and 1338.

6. This Court has personal jurisdiction over RectorSeal because its principle place of business is located in this District, it does substantial business and sales in this District and has advertised, distributed, offered for sale, and sold products that infringe CMS's design patent in this District.

7. Venue for this action is proper in the Southern District of Texas pursuant to 28 U.S.C. §§ 1391(b)-(c) and 1400(b).  Specifically, venue is proper over RectorSeal under 28 U.S.C. § 1400(b) because it has committed acts of infringement in this District and has a regular and established places of business in this District at 2601 Spendwick Drive, Houston, TX 77055.

### IV.   PATENT-IN-SUIT

8. On June 20, 2023, the United States Patent and Trademark Office duly issued US D989,939 ('939 Patent – Exhibit 1) to Mr. Tyson Tipton.  CMC is assignee of all rights, title, and interest in the '939 Patent, including the right to sue for patent infringement and to collect for past, present, and future damages.  *See* Exhibit 2.

## V.  FACTS UNDERLYING CAUSE OF ACTION

9. For over twenty years, Mr. Tipton has run a family of companies focused on the plumbing industry. Mr. Tipton has a reputation in this industry for providing unique and high-quality plumbing products.

10. People like to use hot water. For example, it makes it more comfortable to shower and easier to clean the dishes. In the mid-20th century, it became widespread in the plumbing industry to use large tanks that would continuously store and heat water. This allowed heated water to be distributed through plumbing connected to the tanks, which would provide ready-to-use hot water.

11. In the 2010s, more individuals started using what is known in the industry as a "tankless water heater," which contains high efficiency heat exchangers capable of quickly heating water. These water heaters may be mounted against a solid surface, so large and continuous heating tanks were no longer needed. The design being used in the industry for drain basins for this type of water heater required the use of a high back wall as part of the basin.

12. Mr. Tipton set out to design a unique drain basin for this type of heater. He was the first to design a tankless water heater drain pan, which featured a low back and had other unique ornamental features as shown below:



Mr. Tipton's unique low-back design was memorialized in his '939 Patent as demonstrated below showing a frontward and backward view of this low-back design:





Exhibit 1 at Figures 1 & 2.

13.    Low-back water basins such as these did not exist before CMC's design protected by the '939 Patent and popularized by CMC. CMC practices the '939 Patent by selling its product embodying the '939 Patent across the United States. CMC's patented design gained industry recognition and became the industry recognized low-back drain basin.

14.    In recent years, RectorSeal took notice of CMC's success and sought to capitalize on its hard work by selling a low-back drain pan design that copied CMC's commercial embodiment of its '939 Patent. RectorSeal's copy ("Accused Product") is shown below:




**TANKLESS WATER HEATER DRAIN PAN**
Easy protection to prevent water damage

**Description**

An easy and inexpensive way to prevent water damage. Located under the tankless water heater, it catches water from leaks, spillage, or drips, and prevents costly floor water damage. Can also be used during maintenance for tankless heater. Available with both 1" CPVC and 1" PVC drain fittings.



Exhibit 3.

15. RectorSeal's copy of CMC's commercial embodiment of its '939 Patent has not gone unnoticed by the industry. Mr. Tipton's family of companies has been contacted by at least two industry participants about RectorSeal's Accused Product. These emails are demonstrated below:

From: Austin Pinnick <austin.pinnick@southernpipe.com>
Sent: Friday, September 5, 2025 11:53:19 AM
To: Jason Morgan <morgan@tiptoncompany.com>
Subject: Tankless Pans

Jason,

Hey man we have this job going at Bossier housing authority with a couple hundred tankless water heaters on the project. I mentioned the job to another one of our reps too see if they had anything that they could offer us for the project. He brought by a Rector seal tankless pan that is almost an exact replica of you guys pan . I literally thought that it was a CMC pan I asked the guy did they pick up Component it was so close but he showed me there was like one difference in the pan, but the look is almost identical. I just thought yall may wanted to be made aware of this .

Thanks



Austin Pinnick
Outside Sales
[Office] (318) 684-6844 |
[Cell] (318) 318-465-0397
Branch: SHV-555

  

Google  We'd love to hear from you!

---

From: Pfitzer, Ben <ben.pfitzer@mooresupply.com>
Sent: Thursday, October 2, 2025 12:42:13 PM
To: Jason Morgan <morgan@tiptoncompany.com>
Subject: Rectorseal Tankless Pan

Hey Jason,

Wanted to give you guys a heads up that Rectorseal recently showed us a new tankless heater pan. It's nearly identical to the CMC pan that we already stock... thought you'd like to be aware.

Thanks

Ben Pfitzer
**General Manager**
Moore Supply, Co.
Arlington, TX
O: 817-784-2340
C: 405-409-7467

Exhibit 4.

16. The designs of RectorSeal's Accused Product are substantially the same as the design protected by CMC's '939 Patent such as to deceive an ordinary observer into inducing them to purchase RectorSeal's products supposing them to be CMC's commercial embodiment of its '939 Patent.

17.     RectorSeal's selling, offering for sale, distributing, and advertising of the Accused Product has directly infringed CMC's '939 Patent.

18.     RectorSeal and its affiliated companies have a history of copying products in the plumbing industry. CMC also provides notice with its commercial embodiments with its '939 Patent's identifying information. When these facts are viewed with the uniqueness of Mr. Tipton's design compared to the closeness of RectorSeal's copy, it is believed that RectorSeal knew about Mr. Tipton's '939 Patent and has chosen to willfully infringe it.

19.     Further, by at least August 8, 2025, RectorSeal was informed of CMC's '939 Patent and that its Accused Product was infringing the same. Exhibit 5. Undaunted, RectorSeal has continued to offer for sale and sell its Accused Product–demonstrating it is a willful infringer of CMC's Patent.

### VI.     CAUSE OF ACTION – PATENT INFRINGEMENT

20.     CMC incorporates each paragraph above by reference.

21.     CMC is the owner of the '939 Patent.

22.     RectorSeal has directly infringed the '939 Patent under 35 U.S.C. § 271(a), literally and/or under the doctrine of equivalents, by selling, offering to sell, advertising, and promoting its Accused Product that embodies the design protected by CMC's '939 Patent.

23.     CMC has been damaged, in an amount to be determined, as a direct and proximate result of RectorSeal's infringement of the '939 Patent. CMC seeks all

damages available to it, including profits obtained by RectorSeal relating to the Accused Product, CMC's lost profits, and/or a reasonably royalty.

24. RectorSeal's infringement has been and continues to be willful. RectorSeal has deliberately continued to infringe in a wanton, malicious, and egregious manner with reckless disregard for CMC's patent rights. Thus, RectorSeal's infringing actions have been and continue to be consciously wrongful.

25. Such willful and deliberate infringement justifies an increase of three times the damages to be assessed pursuant to 35 U.S.C. § 284 and further supports that this is an exceptional case necessitating an award of reasonable attorneys' fees pursuant to 35 U.S.C. § 285.

26. The injuries to CMC have been irreparable, there is no adequate remedy at law, the balance of hardships favors granting CMC a permanent injunction, and a permanent injunction would not harm the public interest.

## VII. JURY DEMAND

27. Pursuant to Fed. R. Civ. P. 38, CMC demands a jury trial of all issues so triable.

## VIII. PRAYER FOR RELIEF

WHEREFORE, CMC prays that this Court enter judgment in its favor on the claims for relief set forth above and award CMC the following relief including but not limited to an Order:

A.  Granting a judgment that RectorSeal has infringed CMC's '939 Patent;

B.  Permanently enjoining RectorSeal and its officers, directors, agents, employees, affiliates, attorneys, and all others acting in privity or in concert with it, and its parents, subsidiaries, divisions, successors, and assigns, from further acts of infringement of CMC's '939 Patent literally and/or under the doctrine of equivalents, by selling, offering to sell, advertising, and/or promoting the Accused Product or any other design protected by CMC's '939 Patent;

C.  Granting an accounting of RectorSeal's revenue, gross profits, and net profits from all sales of infringing products;

D.  Awarding RectorSeal's total profits to CMC pursuant to 35 U.S.C. § 289;

E.  Ordering RectorSeal to pay to CMC its actual damages adequate to compensate for the infringements in the form of lost profits or a reasonable royalty for the use made of the patented designs by RectorSeal, together with prejudgment and post-judgment interest and costs, in accordance with 35 U.S.C. § 284;

F.  Awarding treble damages pursuant to 35 U.S.C. § 284 for RectorSeal's willful and deliberate infringement.

G.  Finding this to be an "exceptional case" and awarding CMC its reasonable attorneys' fees pursuant to 35 U.S.C. § 285.

H.  Awarding such other and further relief as this Court may deem just and appropriate under the circumstances.

*- Signatures on the Following Page -*

Dated:  October 17, 2025

Respectfully submitted,

**BOWICK & LANEY, PLLC**

*/s/ Bradford T. Laney*
Bradford T. Laney
Robert M. Bowick
1512 Center Street, Suite 430
Houston, Texas 77008
Telephone: (713) 429-8050
Email: brad@bl.law
         bobby@bl.law

**Counsel for Plaintiff Component Manufacturing Corporation**